# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ALLEGRA NETWORK LLC, and**
**ALLEGRA HOLDINGS LLC,**

     **Plaintiffs,**

                                                    Case No. 03-73318

v.

                                                   HONORABLE DENISE PAGE HOOD

**DR GRAPHICS, INC., and DANIEL L.**
**REEVES,**

     **Defendants.**

     _____/

## ORDER ADMINISTRATIVELY CLOSING CASE

     This matter is before the Court on Defendant Daniel L. Reeves' request to stay the proceedings. Defendant Reeves is currently in bankruptcy proceedings. Defendant DR Graphics, Inc. has not filed for bankruptcy protection. Defendant Reeves seeks a stay pending the conclusion of his bankruptcy action. At a status conference held in this matter on July 25, 2005, the Parties agreed to administratively close this action.

     Accordingly,

     IT IS ORDERED that this case may be closed administratively, but may be reinstated upon motion of either Party.

                                                                 /s/ Denise Page Hood
                                                                 DENISE PAGE HOOD
                                                                 UNITED STATES DISTRICT JUDGE

DATED:  July 26, 2005